**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiff***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORCE FACTOR, LLC, a Delaware Corporation<br><br>Defendant. | Case No. 5:24-cv-2236-KK-DTB<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Kenly Kiya Kato |

**TO THE HONORABLE COURT:**

  **PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Daniel Mendez ("Plaintiff") and Defendant Force Factor, LLC ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: January 28, 2025    Respectfully submitted,

              */s/ Lilach H. Klein*
              LILACH H. KLEIN
              *Counsel for Plaintiff*

DATED: January 28, 2025    Respectfully submitted,

              */s/ Daniel S. Silverman*
              DANIEL S. SILVERMAN
              *Counsel for Defendant*

1

*Mendez v. Force Factor, LLC*, Case No. 5:24-cv-2236-KK-DTB
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 28, 2025          */s/ Lilach H. Klein*
                                                         Lilach H. Klein

2

*Mendez v. Force Factor, LLC*, Case No. 5:24-cv-2236-KK-DTB
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)